Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida ▼

### Tampa Division

| | |
|---|---|
| Iasia Ebony Owens | Case No. 8:21 cv 321 TPB-AEP |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Credit One Bank, National Association | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Iasia Owens |
| Street Address | 5138 Flowing Oar Road |
| City and County | Wimauma, Hillsborough |
| State and Zip Code | Florida, 33598 |
| Telephone Number | 727-612-4630 |
| E-mail Address | iasia.owens2@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
    Name     Credit One Bank, National Association
    Job or Title (if known)
    Street Address     6801 South Cimarron Road
    City and County     Las Vegas, Clark County
    State and Zip Code     Nevada, 89113
    Telephone Number     877-825-3242
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fair Debt Collection Practices 15 USC 1692
Truth in Lending Act 15 USC 1602
Truth in Lending Act 15 USC 1611
Fair Credit Reporting Act 1681

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Iasia Ebony Owens , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, (name) Credit One Bank, National Association, is incorporated under the laws of the State of (name) Nevada, and has its principal place of business in the State of (name) Nevada.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
250,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
State of Florida

B. What date and approximate time did the events giving rise to your claim(s) occur?
-Consumer Credit Transaction approximately August 2018
-As a Federally Protected Consumer, I realized my rights were violated approximately September 2020
-Affidavit of Truth, Exhibits, Cease and Desist, Invoice delivered to Credit One Bank, National Association November 1 2020 at 546m City of Industry, CA 91716
-Consumer Financial Protection Complaint filed Novemeber 1 2020
-Received a letter from Office of the Comptroller of the Currency dated November 9 2020 stating receipt of complaint
PLEASE SEE THE ATTACHED

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Truth in Lending Act was enacted by Congress to promote the informed use of consumer credit and I have been deceived and mislead by Credit One Bank, National Association.

This includes violations under the Fair Debt Collection Practices. August 2018, I authorized a consumer credit transaction with Credit One Bank National Association. Credit One Bank National Association has been using deceptive forms to collect on an alleged debt. Credit One Bank National Association never informed me in the initial communication it would be an attempt to collect a debt. In addition to finding out that Credit One Bank National Association have been using decptive forms, misleading information and breach of implied contract. They did not validate the alleged debt pursuant 15 USC 1692g(a)(1)(2)(3)(4)(5). Credit One Bank National Association has not rebutted my two Affidvait of Truths line by line that was mailed and delivered on Nov 1 2020 and Dec 7 2020.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Credit One Bank National Association has caused financial problems within my family. It has broken my family apart. This includes causing anxiety and mental anguish. My emotional well-being has not been stable because of Credit One Bank National Association. They have tarnished my reputattion with the consumer reporting agencies due to them reporting false and misleading information.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Zero out the balance on this account
2. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits $153,000
3. Deletion from all consumer reports

Continuation

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

B. What date and approximate time did the events giving rise to your claim(s) occur?

-Affidavit of Truth, Exhibits, Cease and Desist, Invoice delivered to Credit One Bank, National Association December 7 2020 at 630am Las Vegas, NV 89193
-Submitted complaint #2 along with supporting documentation to Office of the Comptroller of the Currency December 11 2020
-Notice of Default and Opportunity to Cure, Invoice delivered to Credit One Bank, National Association January 21 2021 at 616am Las Vegas, NV 89193
-Submitted complaint #3 along with supporting documentation to Office of the Comptroller of the Currency January 26 2021

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Credit One Bank National Association has ignored my Notice of Default and Opportunity to Cure which was delivered on January 21 2021. I gave them 10 days to rectify this matter. TILA was enacted to promote the informed use of consumer credit and I have been uninformed by Credit One Bank National Association.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Feb 2021

Signature of Plaintiff

Printed Name of Plaintiff: Tasia Ebony Owens

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____